IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BRANDI WRIGHT,

    Plaintiff,

vs.                                          Case Nos. 3:20cv186

US BANK, N.A.,                    JUDGE WALTER H. RICE

    Defendant.

DECISION AND ENTRY DISMISSING THE CAPTIONED CAUSE,
WITHOUT PREJUDICE, FOR LACK OF PROSECUTION; TERMINATION
ENTRY

On July 7, 2021, this Court sustained the motion of Plaintiff's counsel to withdraw, by notation entry, the Court having reviewed the in-camera documents submitted in support of said motion. In its notation order, the Court stated "Plaintiff has thirty (30) days from July 7, 2021, to secure new counsel and notify the Court of [the identity of same] or, in the alternative, to notify the Court she is proceeding pro se (on her own). Failure to hear from the Plaintiff will result in a dismissal for lack of prosecution."

Having not heard from Plaintiff within said thirty (30) day period of time, the captioned cause is ordered dismissed, without prejudice, for lack of prosecution.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

August 13, 2021

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Brandi Wright, 1044 Dodgson Court, Dayton, OH 45404

Courtesy copy to:

Julius Carter